# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: February 11, 2013

Official Caption[1]

2013-1169, -1170, -1171

GENERAL ELECTRIC COMPANY and
GE WIND ENERGY, LLC,

        Plaintiffs/Counterclaim Defendants-
        Cross Appellants,

v.

THOMAS WILKINS,

        Defendant/Counterclaimant-Appellant,

and

MITSUBISHI HEAVY INDUSTRIES, LTD. and
MITSUBISHI POWER SYSTEMS AMERICAS, INC.,

        Counterclaimants-Appellants.

Appeals from the United States District Court for the Eastern District of California in case no. 10-CV-0674, Judge Lawrence J. O'Neill.

Authorized Abbreviated Caption[2]

GENERAL ELECTRIC COMPANY V THOMAS WILKINS, 2013-1169, -1170, -1171

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.